IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAURICE FITZPATRICK,

           Plaintiff,

   v.

KEITH CORNILLE,

           Defendant.

ORDER

08-cv-710-slc

---

Plaintiff Maurice Fitzpatrick is proceeding on his claim that defendant Keith Cornille retaliated against him for exercising his First Amendment right of free speech by complaining about the Madison Area Technical College's failure to grant him access to his student records. Now before the court is plaintiff's request to receive electronic filing notices and a request for an extension of time to file his brief in opposition to defendant's motion for summary judgment.

In support of his request for an extension of time, plaintiff states that he did not receive a copy of the defendant's motion for summary judgment, proposed findings of fact, declarations and brief in the mailing that he received on September 11, 2009. I will grant plaintiff an extension of time to file his brief in opposition to defendant's motion until October 19, 2009. Defendant may file his reply not later than October 29, 2009.

Also plaintiff requests that he receive electronic notices of future filing sat his email address (sgt fitz@yahoo.com). Because plaintiff has no current mailing address, I will grant his request.

ORDER

IT IS ORDERED that:

1. Plaintiff's request for an extension of time to file his brief in opposition to defendant's motion for summary judgment is GRANTED. Plaintiff shall file his brief not later than October 19, 2009 and defendant may reply not later than October 29, 2009.

2. Plaintiff shall be notified electronically of future filings at the above email address.

Entered this 18th day of September, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge