IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE FITZPATRICK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 08-cv-710-bbc

KEITH CORNILLE,

    Defendant.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant granting plaintiff's motion to voluntarily dismiss this case with prejudice.

By: _____, Chief Deputy Clerk     10-26-09
    Peter Oppeneer, Clerk of Court      Date